**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tammy L. Macefe**
  Debtor(s)

Bankruptcy Case No.: 15–23310–GLT
Related to Docket No. 34
Chapter: 13
Docket No.: 35 – 34
Concil. Conf.: March 30, 2017 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 27, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 13, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 30, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 12, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689–4002

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 15-23310-GLT
Tammy L. Macefe                                                         Chapter 13
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: ctak                  Page 1 of 3                  Date Rcvd: Jan 12, 2017
                               Form ID: 213                Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db             +Tammy L. Macefe,    134 Harrison Avenue,    Butler, PA 16001-2058
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14104760        ACMH Hospital,    PO Box 579,   Kittanning, PA 16201-0579
14104761        Allegheny Clinic,    PO Box 848444,    Boston, MA 02284-8444
14104762        Armscare Inc.,    One Nolte Drive, Suite 430,   Kittanning, PA 16201-7111
14104763        Armstrong,   PO Box 37749,   Philadelphia, PA 19101-5049
14104764       +Armstrong Utilities,    Attn: Billing Dept,   437 North Main Street,    Butler, PA 16001-4358
14104767       +BHS Faster Care PLLC,    PO Box 1549,   Butler, PA 16003-1549
14104768        BSI Financial Services, Inc.,    PO Box 660605,   Dallas, TX 75266-0605
14104770        Butler Emergency Physicians Assoc,     PO Box 3478,   Wescosville, PA 18106-0478
14104771       +Butler Memorial Hospital,    Attn: Patient Accounts,    One Hospital Way,   Butler, PA 16001-4697
14104772        Butler Memorial Hospital,    PO Box 37171,   Baltimore, MD 21297-3171
14104774       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14104777       ++COLLECTION SERVICE CENTER INC BUTLER PA,     PO BOX 1623,   BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,     PO Box 1623,   Butler, PA 16003-1623)
14104773        Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
14126699        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14104775        Central Credit Services LLC,    PO Box 1898,   Saint Charles, MO 63302-1898
14104776       +Citicards,   PO Box 6500,   Sioux Falls, SD 57117-6500
14104778        Convergent Outsourcing, Inc.,    PO Box 9004,   Renton, WA 98057-9004
14125162        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,   POB 29262,
                 NEW YORK, NY 10087-9262
14104785        Ear Nose & Throat Associates of Butler,     104 Technology Drive, Suite 102,
                 Butler, PA 16001-1801
14104787        Family Medicine of Butler, PC,    Avada Building,    1022A North Main Street,    Butler, PA 16001
14104788        First Premier Bank,    PO Box 5524,   Sioux Falls, SD 57117-5524
14104789       +Foot & Ankle Wellness Center,    313 Ford St,   Ford City, PA 16226-1268
14152381       +Integrity Funding Ohio, LLC,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
14104790       +KML Law Group,    Attn: Salvatore Filippello, Esquire,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14104792       +LINA,   PO Box 12096,    Newark, NJ 07101-5096
14104793       +LoanMax,   3570 Belmont Avenue,    Youngstown, OH 44505-1438
14104794       +Medical Center Clinic,    247 Morewood Ave.,   Pittsburgh, PA 15213-1861
14104795       +Michael Hnath, Esquire,    Dillon McCandless King Coulter Graham,    128 West Cunningham St,
                 Butler, PA 16001-5742
14104797       +National Rehab Equipment, Inc.,    Airside Business Park,    PO Box 1135,
                 Moon Twp, PA 15108-6135
14104798        National Rehab Equipment, Inc.,    PO Box 645034,   Pittsburgh, PA 15264-5034
14104799        North Shore Agency,    PO Box 9205,   Old Bethpage, NY 11804-9005
14104800       +Northland Group, Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14104801        Northstar Location Services, LLC,    Attn: Financial Services Dept.,    PO Box 49,
                 Bowmansville, NY 14026-0049
14104804        PA American Water,    PO Box 371412,   Pittsburgh, PA 15250-7412
14104805        Payment Services,    PO Box 60500,   City of Industry, CA 91716-0500
14104806       +Penn Credit,   PO Box 988,   Harrisburg, PA 17108-0988
14104808       +Peoples TWP,    205 North Main St,   Butler, PA 16001-4904
14104810        Psych-Med Associates,    2616 Wilmington Road,   New Castle, PA 16105-1530
14104811        Publishers Clearing House,    PO Box 6344,   Harlan, IA 51593-1844
14104813        #RMS,   PO Box 280431,   East Hartford, CT 06128-0431
14104814       #+RMS,   PO Box 3099,   Naperville, IL 60566-7099
14104812       +Rickart Collection Systems, Inc.,    PO Box 7242,   North Brunswick, NJ 08902-7242
14104815        Robert Vandrak, DO,    PO Box 951680,   Cleveland, OH 44193-0018
14104816       +Rodale,   PO Box 6001,   Emmaus, PA 18098-0601
14104817        Sunrise Credit Services, Inc.,    260 Airport Plaza,    PO Box 9100,   Farmingdale, NY 11735-9100
14104818       +Tri Rivers Surgical Associates,    9104 Babcock Blvd, Suite 2120,    Pittsburgh, PA 15237-5818
14104819       +US Bank Home Mortgage,    PO Box 21948,   Eagan, MN 55121-0948
14104820       +Vogel Disposal Service,    PO Box 857,   Mars, PA 16046-0857
14104821        Wahl Family Practice,    109 Technology Drive, Suite A,    Butler, PA 16001-1785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14104765        E-mail/Text: legal@arsnational.com Jan 13 2017 01:53:23      ARS National Services, Inc.,
                 PO Box 463023,   Escondido, CA 92046-3023
14104766        E-mail/Text: g20956@att.com Jan 13 2017 01:54:05      AT&T Mobility,   PO Box 6416,
                 Carol Stream, IL 60197-6416
14104769       +E-mail/Text: jschon@basapa.org Jan 13 2017 01:53:10      Butler Area Sewer Authority,
                 100 Litman Road,   Butler, PA 16001-3294
14104779       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 13 2017 01:54:13      
                 Credit Collection Services,    Two Wells Ave,   Newton Center, MA 02459-3246
14104780       +E-mail/Text: ccusa@ccuhome.com Jan 13 2017 01:53:10      Credit Collections Co.,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
14104781        E-mail/Text: creditonebknotifications@resurgent.com Jan 13 2017 01:53:12      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
```

```
District/off: 0315-2          User: ctak                   Page 2 of 3               Date Rcvd: Jan 12, 2017
                              Form ID: 213                 Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14104782       E-mail/Text: mrdiscen@discover.com Jan 13 2017 01:53:10      Discover Card,    PO Box 30943,
               Salt Lake City, UT 84130
14107293       E-mail/Text: mrdiscen@discover.com Jan 13 2017 01:53:10      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14104784      +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 13 2017 01:53:43      Dish Network,    PO Box 9033,
               Littleton, CO 80160-9033
14104783      +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 13 2017 01:53:43      Dish Network,    PO Box 94063,
               Palatine, IL 60094-4063
14104786      +E-mail/Text: bankruptcy@erieinsurance.com Jan 13 2017 01:54:13      Erie Insurance,
               Collection Department,    100 Erie Insurance Place,   Erie, PA 16530-0001
14104791       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 13 2017 01:53:14      Kohl's,    PO Box 3043,
               Milwaukee, WI 53201-3043
14104796      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2017 01:53:44      Midland Funding LLC,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
14104802       E-mail/Text: bankruptcy@oliphantfinancial.com Jan 13 2017 01:53:45      Oliphant Financial LLC,
               2601 Cattlemen Rd, Ste 300,   Sarasota, FL 34232
14104809       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 01:50:40
               Portfolio Recovery Associates,    120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
14164050       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 01:50:54
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14126702      +E-mail/Text: csc.bankruptcy@amwater.com Jan 13 2017 01:54:14      Pa. American Water,
               PO Box 578,   Alton, IL 62002-0578
14104822      +E-mail/Text: RMOpsSupport@alorica.com Jan 13 2017 01:53:54      West Asset Management, Inc.,
               7171 Mercy Road,   Omaha, NE 68106-2620
14104823       E-mail/Text: bankruptcy@firstenergycorp.com Jan 13 2017 01:53:49      West Penn Power,
               PO Box 3615,   Akron, OH 44309-3615
14158895      +E-mail/Text: bankruptcy@firstenergycorp.com Jan 13 2017 01:53:48      West Penn Power,
               5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BSI Financial Services, Et Al...
14104803*      ++OLIPHANT FINANCIAL LLC,    BOX 864934,   ORLANDO FL 32886-4934
                (address filed with court: Oliphant Financial LLC,    Box 864934,   Orlando, FL 32886)
14104807       ##Peoples TWP,    PO Box 37745,   Philadelphia, PA 19101-5045
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BSI Financial Services, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BSI Financial Services, Et Al...
               bkgroup@kmllawgroup.com
              Michael S. Lazaroff    on behalf of Debtor Tammy L. Macefe butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com

```
District/off: 0315-2          User: ctak               Page 3 of 3                  Date Rcvd: Jan 12, 2017
                              Form ID: 213             Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                 TOTAL: 6