Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tammy L. Macefe** | : | Case No. 15−23310−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 34 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **21st day of March, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-23310-GLT
Tammy L. Macefe                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dbas                  Page 1 of 3                  Date Rcvd: Mar 21, 2017
                                  Form ID: 309                Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
```
db            +Tammy L. Macefe,    134 Harrison Avenue,    Butler, PA 16001-2058
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5861
14104760       ACMH Hospital,    PO Box 579,    Kittanning, PA 16201-0579
14104761       Allegheny Clinic,    PO Box 848444,    Boston, MA 02284-8444
14104762       Armscare Inc.,    One Nolte Drive, Suite 430,    Kittanning, PA 16201-7111
14104763       Armstrong,    PO Box 37749,    Philadelphia, PA 19101-5049
14104764      +Armstrong Utilities,    Attn: Billing Dept,    437 North Main Street,    Butler, PA 16001-4358
14104767      +BHS Faster Care PLLC,    PO Box 1549,    Butler, PA 16003-1549
14104768       BSI Financial Services, Inc.,    PO Box 660605,    Dallas, TX 75266-0605
14104770       Butler Emergency Physicians Assoc,    PO Box 3478,    Wescosville, PA 18106-0478
14104771      +Butler Memorial Hospital,    Attn: Patient Accounts,    One Hospital Way,    Butler, PA 16001-4697
14104772       Butler Memorial Hospital,    PO Box 37171,    Baltimore, MD 21297-3171
14104774      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14104777     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
              (address filed with court: Collection Service Center,    PO Box 1623,    Butler, PA 16003-1623)
14104775       Central Credit Services LLC,    PO Box 1898,    Saint Charles, MO 63302-1898
14104785       Ear Nose & Throat Associates of Butler,    104 Technology Drive, Suite 102,
                Butler, PA 16001-1801
14104787       Family Medicine of Butler, PC,    Avada Building,    1022A North Main Street,    Butler, PA 16001
14104789      +Foot & Ankle Wellness Center,    313 Ford St,    Ford City, PA 16226-1268
14152381      +Integrity Funding Ohio, LLC,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
14104790      +KML Law Group,    Attn: Salvatore Filippello, Esquire,    BNY Mellon Independence Center,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14104792      +LINA,   PO Box 12096,    Newark, NJ 07101-5096
14104793      +LoanMax,    3570 Belmont Avenue,    Youngstown, OH 44505-1438
14104794      +Medical Center Clinic,    247 Morewood Ave.,    Pittsburgh, PA 15213-1861
14104795      +Michael Hnath, Esquire,    Dillon McCandless King Coulter Graham,    128 West Cunningham St,
                Butler, PA 16001-5742
14104797      +National Rehab Equipment, Inc.,    Airside Business Park,    PO Box 1135,
                Moon Twp, PA 15108-6135
14104798       National Rehab Equipment, Inc.,    PO Box 645034,    Pittsburgh, PA 15264-5034
14104799       North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005
14104800      +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14104801       Northstar Location Services, LLC,    Attn: Financial Services Dept.,    PO Box 49,
                Bowmansville, NY 14026-0049
14104804       PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14104805       Payment Services,    PO Box 60500,    City of Industry, CA 91716-0500
14104806      +Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
14104808      +Peoples TWP,    205 North Main St,    Butler, PA 16001-4904
14104810       Psych-Med Associates,    2616 Wilmington Road,    New Castle, PA 16105-1530
14104811       Publishers Clearing House,    PO Box 6344,    Harlan, IA 51593-1844
14104812      +Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
14104815       Robert Vandrak, DO,    PO Box 951680,    Cleveland, OH 44193-0018
14104816       Rodale,    PO Box 6001,    Emmaus, PA 18098-0601
14104817       Sunrise Credit Services, Inc.,    260 Airport Plaza,    PO Box 9100,    Farmingdale, NY 11735-9100
14104818      +Tri Rivers Surgical Associates,    9104 Babcock Blvd, Suite 2120,    Pittsburgh, PA 15237-5818
14104819      +US Bank Home Mortgage,    PO Box 21948,    Eagan, MN 55121-0948
14104820      +Vogel Disposal Service,    PO Box 857,    Mars, PA 16046-0857
14104821       Wahl Family Practice,    109 Technology Drive, Suite A,    Butler, PA 16001-1785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14104765       EDI: ARSN.COM Mar 22 2017 02:58:00      ARS National Services, Inc.,    PO Box 463023,
                Escondido, CA 92046-3023
14104766       EDI: CINGMIDLAND.COM Mar 22 2017 02:58:00      AT&T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
14104769      +E-mail/Text: jschon@basapa.org Mar 22 2017 03:14:37      Butler Area Sewer Authority,
                100 Litman Road,    Butler, PA 16001-3294
14104773       EDI: CAPITALONE.COM Mar 22 2017 02:58:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
14126699       EDI: CAPITALONE.COM Mar 22 2017 02:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
14104776      +EDI: CITICORP.COM Mar 22 2017 02:58:00      Citicards,    PO Box 6500,
                Sioux Falls, SD 57117-6500
14104778       EDI: CONVERGENT.COM Mar 22 2017 02:58:00      Convergent Outsourcing, Inc.,    PO Box 9004,
                Renton, WA 98057-9004
14104779      +EDI: CCS.COM Mar 22 2017 02:58:00      Credit Collection Services,    Two Wells Ave,
                Newton Center, MA 02459-3246
14104780      +EDI: CCUSA.COM Mar 22 2017 02:58:00      Credit Collections Co.,    16 Distributor Drive, Suite 1,
                Morgantown, WV 26501-7209
14104781       EDI: RCSFNBMARIN.COM Mar 22 2017 02:58:00      Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
14104782       EDI: DISCOVER.COM Mar 22 2017 02:58:00      Discover Card,    PO Box 30943,
                Salt Lake City, UT 84130
```

```
District/off: 0315-2          User: dbas                Page 2 of 3               Date Rcvd: Mar 21, 2017
                              Form ID: 309              Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14107293         EDI: DISCOVER.COM Mar 22 2017 02:58:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
14104784        +EDI: ESSL.COM Mar 22 2017 02:58:00      Dish Network,    PO Box 9033,    Littleton, CO 80160-9033
14104783        +EDI: ESSL.COM Mar 22 2017 02:58:00      Dish Network,    PO Box 94063,    Palatine, IL 60094-4063
14125162         EDI: ECAST.COM Mar 22 2017 02:58:00       ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                  OF CITIBANK, N.A.,     POB 29262,    NEW YORK, NY 10087-9262
14104786        +E-mail/Text: bankruptcy@erieinsurance.com Mar 22 2017 03:16:07       Erie Insurance,
                  Collection Department,    100 Erie Insurance Place,    Erie, PA 16530-0001
14104788         EDI: AMINFOFP.COM Mar 22 2017 02:58:00      First Premier Bank,    PO Box 5524,
                  Sioux Falls, SD 57117-5524
14104791         EDI: CBSKOHLS.COM Mar 22 2017 02:58:00      Kohl's,   PO Box 3043,    Milwaukee, WI 53201-3043
14104796        +EDI: MID8.COM Mar 22 2017 02:58:00      Midland Funding LLC,    8875 Aero Drive, Suite 200,
                  San Diego, CA 92123-2255
14104802         E-mail/Text: bankruptcy@oliphantfinancial.com Mar 22 2017 03:15:24       Oliphant Financial LLC,
                  2601 Cattlemen Rd, Ste 300,    Sarasota, FL 34232
14104809         EDI: PRA.COM Mar 22 2017 02:58:00      Portfolio Recovery Associates,
                  120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
14164050         EDI: PRA.COM Mar 22 2017 02:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14126702        +E-mail/Text: csc.bankruptcy@amwater.com Mar 22 2017 03:16:10       Pa. American Water,
                  PO Box 578,    Alton, IL 62002-0578
14104822        +EDI: WESTASSET.COM Mar 22 2017 02:58:00      West Asset Management, Inc.,    7171 Mercy Road,
                  Omaha, NE 68106-2620
14104823         E-mail/Text: bankruptcy@firstenergycorp.com Mar 22 2017 03:15:31       West Penn Power,
                  PO Box 3615,    Akron, OH 44309-3615
14158895        +E-mail/Text: bankruptcy@firstenergycorp.com Mar 22 2017 03:15:31       West Penn Power,
                  5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BSI Financial Services, Et Al...
14104803*      ++OLIPHANT FINANCIAL LLC,    BOX 864934,    ORLANDO FL 32886-4934
                (address filed with court:   Oliphant Financial LLC,    Box 864934,    Orlando, FL 32886)
14104807       ##Peoples TWP,   PO Box 37745,    Philadelphia, PA 19101-5045
14104813       ##RMS,   PO Box 280431,    East Hartford, CT 06128-0431
14104814       ##+RMS,   PO Box 3099,   Naperville, IL 60566-7099
                                                                                      TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   BSI Financial Services, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   BSI Financial Services, Et Al...
               bkgroup@kmllawgroup.com
              Michael S. Lazaroff    on behalf of Debtor Tammy L. Macefe butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: dbas              Page 3 of 3           Date Rcvd: Mar 21, 2017
                              Form ID: 309            Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                    TOTAL: 6