SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**     *1.   Intake Clerk **

*2.   Case Administrator*



**FROM:**   *Financial Administrator*

**DATE:** 4/3/2017

**CASE NAME:** Macefe

**CASE NUMBER:** 15-23310-GLT

Check Number 1033628 in the amount of $ 10,185.27 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 12591     Intake Clerk's Initials 

\*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
03/30/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| Pittsburgh, PA 15219 | | Erie, PA 16501 |

Re: TAMMY L. MACEFE

Case No: 15-23310GLT

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Us Bank Home Mortgage Corporation
Pob 21948
Saint Paul, MN 55121

CHECK NUMBER 1033628        AMOUNT $10185.27

The disbursement(s) was returned to the Trustee for the following reason:

NO PROOF OF CLAIM FILED & PAYEE/ADDRESS ISSUE

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:MICHAEL S LAZAROFF ESQ
TAMMY L. MACEFE

Us Bank Home Mortgage Corporation