**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMMY L. MACEFE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-23310 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2015 and confirmed on 10/23/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 14,300.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,300.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 560.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,060.30 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK HOME MORTGAGE CORPORATION<br>Acct: | 744.43 | 744.43 | 0.00 | 744.43 |
| US BANK HOME MORTGAGE CORPORATION<br>Acct: | 30,351.21 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEGRITY FUNDING OHIO<br>Acct: 6531 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 744.43 |
| **Priority** | | | | |
| MICHAEL S LAZAROFF ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TAMMY L. MACEFE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICE OF MICHAEL S. LAZAROFF**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S LAZAROFF ESQ<br>Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CLERK, U S BANKRUPTCY COURT | 10,185.27 | 10,185.27 | 0.00 | 10,185.27 |
| Acct: XXXXXXXXXXXXXXXXGAGE | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-GLT | | | | |
| | | | | 10,495.27 |
| **Unsecured** | | | | |
| PEOPLES TWP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1794 | | | | |
| BUTLER AREA SEWER AUTHORITY | 77.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0570 | | | | |
| ARMSTRONG CNTY MEMORIAL HOSPTL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1522 | | | | |
| ALLEGHENY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2734 | | | | |
| ARMSCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0991 | | | | |
| ARMSTRONG UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8002 | | | | |
| AT & T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5946 | | | | |
| BHS FASTER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2463 | | | | |
| BUTLER EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7198 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK NA** | 393.79 | 0.00 | 0.00 | 0.00 |
| Acct: 8049 | | | | |
| CENTRAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0960 | | | | |
| ECAST SETTLEMENT CORP | 10,724.46 | 0.00 | 0.00 | 0.00 |
| Acct: 4859 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4011 | | | | |
| DISCOVER BANK(*) | 9,522.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1180 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5799 | | | | |
| EAR NOSE AND THROAT ASSOCIATES OF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8894 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1639 | | | | |
| FAMILY MEDICINE OF BUTLER PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8356 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0272 | | | | |
| FOOT AND ANKLE WELLNESS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5095 | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7206 | | | | |
| LINA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8551 | | | | |
| LOAN MAX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5844 | | | | |
| MEDICAL CENTER CLINIC LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5947 | | | | |
| NATIONAL REHAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6396 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   OLIPHANT FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENNSYLVANIA-AMERICAN WTR CO* | 287.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 0672 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,722.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 8527 | | | | |
|   PSYCHMED ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2690 | | | | |
|   PUBLISHERS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4372 | | | | |
|   ROBERT S VANDRAK D O | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7472 | | | | |
|   RODALE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8188 | | | | |
|   TRI RIVERS SURGICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6529 | | | | |
|   VOGEL DISPOSAL SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3530 | | | | |
|   WAHL FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2150 | | | | |
|   WEST PENN POWER** | 2,340.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 6021 | | | | |
|   PSYCH MED ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 11,239.70 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 10,495.27 |
| SECURED | 31,095.64 |
| UNSECURED | 26.068.42 |

Date: 04/12/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com