# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| In re: | Case No. 15-23310GLT |
|---|---|
| TAMMY L. MACEFE | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/10/2015.

2) The plan was confirmed on 10/23/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 04/05/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/11/2017.

5) The case was dismissed on 03/21/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $72,283.39.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,300.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $560.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,370.30

Attorney fees paid and disclosed by debtor:      $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLEGHENY CLINIC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ARMSCARE | Unsecured | 7.60 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG CNTY MEMORIAL HOS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG UTILITIES | Unsecured | 1,088.03 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BHS FASTER CARE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| BUTLER AREA SEWER AUTHORITY | Unsecured | 759.64 | 77.00 | 77.00 | 0.00 | 0.00 |
| BUTLER EMERGENCY PHYSICIANS | Unsecured | 33.31 | NA | NA | 0.00 | 0.00 |
| BUTLER MEMORIAL HOSPITAL | Unsecured | 286.02 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 358.79 | 393.79 | 393.79 | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES | Unsecured | 133.41 | NA | NA | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 10,185.27 | 10,185.27 | 0.00 |
| CREDIT ONE BANK | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 9,522.55 | 9,522.55 | 9,522.55 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 179.49 | NA | NA | 0.00 | 0.00 |
| EAR NOSE AND THROAT ASSOCIATE | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 10,724.46 | 10,724.46 | 10,724.46 | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 345.50 | NA | NA | 0.00 | 0.00 |
| FAMILY MEDICINE OF BUTLER PC | Unsecured | 20.23 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 145.37 | NA | NA | 0.00 | 0.00 |
| FOOT AND ANKLE WELLNESS CENT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY FUNDING OHIO | Secured | NA | 557.16 | 0.00 | 0.00 | 0.00 |
| KOHL'S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINA | Unsecured | 56,227.50 | NA | NA | 0.00 | 0.00 |
| LOAN MAX | Unsecured | 518.95 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER CLINIC LTD. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL REHAB | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL(*) | Unsecured | 563.57 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA-AMERICAN WTR CO | Unsecured | 223.48 | 287.64 | 287.64 | 0.00 | 0.00 |
| PEOPLES TWP LLC* | Unsecured | 3,420.36 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 2,722.35 | 2,722.35 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA AG FUNDING LLC | Secured | 3,016.53 | NA | NA | 0.00 | 0.00 |
| PSYCH MED ASSOCIATES | Unsecured | NA | 450.00 | 0.00 | 0.00 | 0.00 |
| PSYCHMED ASSOCIATES PC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 99.28 | NA | NA | 0.00 | 0.00 |
| ROBERT S VANDRAK D O | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RODALE | Unsecured | 50.34 | NA | NA | 0.00 | 0.00 |
| TRI RIVERS SURGICAL ASSOC. | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| US BANK HOME MORTGAGE CORPO | Secured | 62,222.93 | NA | 744.43 | 744.43 | 0.00 |
| US BANK HOME MORTGAGE CORPO | Secured | 0.00 | NA | 30,351.21 | 0.00 | 0.00 |
| VOGEL DISPOSAL SERVICE INC | Unsecured | 257.73 | NA | NA | 0.00 | 0.00 |
| WAHL FAMILY PRACTICE | Unsecured | 31.36 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 1,082.22 | 2,340.63 | 2,340.63 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $744.43 | $744.43 | $0.00 |
| Mortgage Arrearage | $30,351.21 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,095.64** | **$744.43** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,185.27 | $10,185.27 | $0.00 |
| **TOTAL PRIORITY**: | **$10,185.27** | **$10,185.27** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$26,068.42** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,370.30 |
| Disbursements to Creditors | $10,929.70 |
| **TOTAL DISBURSEMENTS** : | **$14,300.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/10/2017                              By: /s/ Ronda J. Winnecour
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**